UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



MOUNT VERNON FIRE INSURANCE COMPANY      PLAINTIFF

VS.      CIVIL ACTION NO. 3:09cv252-DPJ-JCS- *HTW-LRA*

CYPRESS POINT INVESTMENTS, LLC, ET AL.      DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Third Party Defendant Tri-City. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 31th day of July, 2009.

           *s/ Daniel P. Jordan III*
           UNITED STATES DISTRICT JUDGE